# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY, | Case No. 2:18-cv-02012-JAD-NJK |
| Plaintiff, | |
| vs. | ORDER |
| GERARDO NOYOLA, et al., | (Docket No. 25) |
| Defendants. | |

Pending before the Court is the parties' stipulation to stay discovery pending mediation. Docket No. 25.[1] The parties ask the Court to stay all deadlines for 90 days pending a private mediation that has not been scheduled. *Id.* at 2. As the mediation has not yet been scheduled, the stipulation is speculative and requests an unreasonably lengthy period.

For these reasons, the Court hereby **DENIES** the parties' stipulation to stay discovery. Docket No. 25. Unless and until the Court enters a stay of discovery in the instant case, the parties are required to diligently conduct discovery.

IT IS SO ORDERED.

DATED: April 12, 2019.

NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

---

[1] Although the parties title the stipulation one to stay all proceedings, it is in fact a stipulation to stay discovery.