# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

STATE FARM FIRE AND CASUALTY COMPANY,

    Plaintiff(s),

v.

GERARDO NOYOLA, et al.,

    Defendant(s).

Case No.: 2:18-cv-02012-JAD-NJK

**Order**

(Docket No. 29)

Pending before the Court is the parties' stipulation to stay discovery pending a private mediation. Docket No. 29. The parties submit that they are scheduled to participate in a private mediation on Mary 29, 2019. *Id*. at 2.

The Court finds that the parties have shown good cause to stay discovery pending their private mediation. Accordingly, the Court **GRANTS** the stipulation and discovery is hereby **STAYED** until May 29, 2019. No later than May 31, 2019, the parties shall file a notice stating whether the case settled at the mediation. If the case did not settle in full, the parties shall file a new joint proposed discovery plan and scheduling order, not later than June 5, 2019.

IT IS SO ORDERED.

Dated: April 16, 2019

_____
NANCY J. KOPPE
United States Magistrate Judge

1