# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY, | Case No.: 2:18-cv-02012-JAD-NJK |
| Plaintiff(s), | **Order** |
| v. | (Docket No. 31) |
| GERARDO NOYOLA, et al., | |
| Defendant(s). | |

     Pending before the Court is a notice of settlement between Plaintiff and Defendants. Docket No. 31. The Court **ORDERS** the parties to file a stipulation of dismissal no later than July 30, 2019.

     IT IS SO ORDERED.

     Dated: May 31, 2019

_____
NANCY J. KOPPE
United States Magistrate Judge