MARTIN J. KRAVITZ, ESQ.
Nevada Bar No. 83
TYLER J. WATSON, ESQ.
Nevada Bar No. 11735
KRAVITZ, SCHNITZER & JOHNSON, CHTD.
8985 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Tel: (702) 362-6666
Fax: (702) 362-2203
mkravitz@ksjattorneys.com
tjwatson@ksjattorneys.com
*Attorneys for State Farm Fire and Casualty Company*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY, an Illinois Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>GERADO NOYOLA, an individual; OLGA NOYOLA, an individual; JOSE QUIROZ, an individual; SAVASHA FEAZELL-DANIELS, an individual; DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.: 2:18-cv-02012-JAD-NJK<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**<br><br>ECF No. 33 |

COMES NOW, Plaintiff, STATE FARM FIRE AND CASUALTY COMPANY, by and through its counsel of record, KRAVITZ, SCHNITZER & JOHNSON, CHTD., Defendants, GERARDO NOYOLA AND OLGA NOYOLA, by and through their counsel of record, CRAIG P. KENNY & ASSOCIATES, Defendant SAVASHA FEAZELL-DANIELS, by and through her attorneys of record, NAQVI INJURY LAW, and Defendant JOSE QUIROZ, and hereby stipulates to dismiss all of Plaintiff's declaratory relief claims **with prejudice** against Defendants. Each party shall bear its

///

own costs and attorneys' fees.

**IT IS SO STIPULATED:**

DATED this 18th day of June, 2019.

KRAVITZ, SCHNITZER & JOHNSON, CHTD.

*/s/ Tyler J. Watson, Esq.*
MARTIN J. KRAVITZ, ESQ.
Nevada Bar No. 83
TYLER J. WATSON, ESQ.
Nevada Bar No. 11735
8985 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
*Counsel for Plaintiff*

DATED this 18th day of June, 2019.

NAQVI INJURY LAW

*/s/ Elizabeth E. Coleman, Esq.*
FARHAN R. NAQVI
Nevada Bar No. 8589
ELIZABETH E. COLEMAN
Nevada Bar No. 12350
9500 W. Flamingo Rd., Suite 104
Las Vegas, Nevada 89147
*Counsel for Defendant, Savasha Feazell-Daniels*

DATED this 18th day of June, 2019.

CRAIG P. KENNY & ASSOCIATES

*/s/ Lawrence E. Mittin, Esq.*
LAWRENCE E. MITTIN, ESQ.
Nevada Bar No. 5428
501 S. 8th Street
Las Vegas, Nevada 89101
*Counsel for Defendants, Gerardo Noyola and Olga Noyola*

DATED this 18th day of June, 2019.

JOSE QUIROZ

Has Not Appeared
Jose Quiroz
2048 Harvard St.
North Las Vegas, NV 89030

## ORDER

Based on the parties' stipulation **[ECF No. 33]** and good cause appearing, and because the dismissal of "all of Plaintiff's declaratory relief claims" leaves no claims pending, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: June 19, 2019